Count #1   Complaint #2
                 Original

IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF TEXAS
__Lufkin__ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

__Larry M. Mayfield 624535__
Plaintiff's name and ID Number

__Gib lewis unit / High security__
Place of Confinement

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 01 2016
BY
DEPUTY _____

CASE NO: _____
(Clerk will assign the number)

v. __Food service Dept - Supervisors__
__Administrative Segregation security Dept - officers__
__Gib lewis unit / High security__
Defendant's name and address

9:16cv18 MHS/KFG

_____
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment? ___✓___ YES _____ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: July 8th 2014

2. Parties to previous lawsuit:
   Plaintiff(s): Larry m mayfield
   Defendant(s): maintenance / warden R. morris

3. Court (If federal, name the district; if state, name the county) Southern

4. Docket Number: 2

5. Name of judge to whom case was assigned: Alfred H. Bennett

6. Disposition: (Was the case dismissed, appealed, still pending?)
   _____

7. Approximate date of disposition: _____

ATC 1983 (Rev. 04/06)                Page 2 of 5

continued life Endangerment Complaint unresolved Retaliation

HS
D-117

# Texas Department of Criminal Justice
## STEP 2  OFFENDER GRIEVANCE FORM

Offender Name: Larry Mayfield     TDCJ# 624535
Unit: Gib-lewis/HS    Housing Assignment: HS/F-109
Unit where incident occurred: Gib-lewis/High Security

**OFFICE USE ONLY**
Grievance #: 2015181417
UGI Recd Date: AUG 13 2015
HQ Recd Date: AUG 17 2015
Date Due: 9/17
Grievance Code: 500
Investigator ID#: I1364
Extension Date:

SEP 29 2015

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific).    I am dissatisfied with the response at Step 1 because...

Grievant is dissatisfied with the Response at Step-1 due to the false malicious statement provided by LT. Reynolds and officers Jackson/Rebecca Nelson and supervisor T. Hadnot of their inappropriate unprofessional actions against Grievant with a cold spoiled fecal matter contaminated food tray intentionally being out of compliance with food service Policy Regulations and Guideline Procedure in Proper Food tray Temperature offender distrobution, Grievant Intentionally Held open the food slot to Protest being Given a inappropriately temperatured food tray officer S. Jackson verbally admitted was cold and unproperly Temperatured Given Rise to Harmful Bacteriated Contamination Grievant Caught a Health harming Gastro-intestinal infection contamination from that medical medication from the unit Provider had to Perscribe to fight the Serious Harmful content of Human fecal matter inbeded in the food tray items that continue to cause health Problems as stated in step-1 complaint Sargent Supervisor Tiffany Hadnot had to be called to Grievant Cell due to the food slot being held open due to the stated condition of the food tray and also verbally stated all the food trays are cold the cart don't work as officer Jackson stated/Sargent T. Hadnot told Grievant she would call food service to have the food tray replaced in Grievant food slot held open by Grievant/she did not

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

(medication for intestinal infection was perscribed on 7-23-2015 by unit Nurses and Doctor Provider) (officers did not eat part of that contaminated food tray to claim falsely it was not

Appendix G

II. PLACE OF PRESENT CONFINEMENT: Gib-lewis unit/ High Security

III. EXHAUSTION OF GRIEVANCE PROCEDURES: Grievance # 2015181417 code: 500 step-2 (ATTACHED)
Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THE SUIT:

A. Name of address of plaintiff: Larry M. Mayfield 624535 Gib lewis unit/High security 777 Fm 3497 Woodville-Tx 75990

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Billy Thompson / Assist warden Gib lewis unit High security 777 Fm 3497 Woodville-Tx 75990
Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
malicious Refusal To correct a constitutional wrong being done to Plaintiff

Defendant #2: Tiffany Hadnot / Sargent Supervisor Gib lewis unit High security 777 Fm 3497 Woodville Tx 75990
Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
caused - malicious Reckless Endangerment from spoiled-Fecal matter Food Tray injury

Defendant #3: Antavia D. Jackson / officer-of security Gib lewis unit/High security 777 Fm 3497 Woodville-Tx 75990
Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
caused - malicious Reckless Endangerment injury By spoiled-Fecal matter food Tray

Defendant #4: Rebecca Nelson / security officer Gib lewis unit/High security 777 Fm 3497 Woodville Tx 75990
Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
caused - malicious Reckless Endangerment injury By spoiled Fecal matter food Tray

Defendant #5: Amy Marshall Food service manager / Gib lewis unit/High security 777 Fm 3497 Woodville-Tx 75990
Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
caused - Reckless Endangerment injury By spoiled-Fecal matter Food Tray

Defendant #6: Jonathon D. Reynolds / security Lieutenant Supervisor Gib lewis unit 777 Fm 3497 Woodville Tx 75990
malicious - Refusal to correct a constitutional wrong done to Plaintiff by making false investigation report to warden Billy Thompson

ATC 1983 (Rev. 04/06)    Page 3 of 5

# STATEMENT OF LEGAL CLAIM

At all relevant times herein defendants were persons for the purpose for 42 USC section 1983 violation and acted under color of law to deprive plaintiff of his constitution rights that constituted malicious reckless disregarded deliberate indifference endangerment through exposure to a human fecal matter spoiled unsafe contaminated food tray in violation of the Eighth Fourteenth amendments that constituted cruel unusual punishment of the united states constitution

## II

Each defendant is sued individually and in his or her individual capacity at all times mentioned in this complaint / Each defendant acted under color of state law.

Defendant#7: Sadie Woodrome/ Food Service Manager) Gib Lewis unit/ High Security 777 Fm 3497 Woodville Tx 75990
Gross Reckless disregarded Endangerment with Bodily Injury Facilitating/condoning and consciously ignoring a known unconstitutional conduct by Security officers and Herself

Defendant#8: Jamie McChelland/ Food Service Manager) Gib Lewis unit/ High Security 777 Fm 3497 Woodville Tx 75990
Gross Reckless disregarded Endangerment with Bodily Injury Facilitating/condoning and consciously ignoring a known unconstitutional conduct by Security officers and Himself

Defendant#9: Matt Gross/ Assist Region Director of The Eastern Divion TDCJ-cid
Refusal to correct by Facilitating/condoning and consciously ignoring a known unconstitutional conduct by food service managers/security officers - supervisor and Assist warden actions That caused plaintiff bodily injury

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal argument or cite any cases of statutes</u>. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See Attachment Pages

VI. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes. Award Emotional/mental anguish damages Award Plaintiff monatary compensatory/Punitive damages Jointly Severly against all defendants 200,000 dollars Each

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Larry M Mayfield / Larry D Mayfield

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

624535 / 371647 / 300493

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

Statement of Facts Claim

Intentional Reckless Health Endangerment Thru Spoiled-Fecal matter contaminated Food Tray Injury malicious Retaliation:

1- On or About July 21st 2015 while feeding the noon meal in High security Ad-Seg in which had been over 1 hour with the food tray tempuature hot box not in working order coming from the food service Dept and just sitting on the cell block wing with Ice cold Bacteriated food tray in it

2- Officer Antavia Jackson passed out food trays to each offender starting on 2 Row working her way down to 1 Row while officer Rebecca Nelson loaded the food trays onto the food carrier for the cells and knowing by touch the untemputured ice cold food trays condition was Bacteriated Harmfulness.

3- Plaintiff witnessed several food trays that had been taken to two row cells and put into the food slot of Incell offenders whom pulled them into their cells for a minute or two then give the food tray back to officer A-Jackson whom returned it back to officer R. Nelson whom put said food trays back into the food tempuature hot box to be given to another offender that required that certain food trays, that had been contaminated from a incell offender handleing it. in His cell

4- Upon coming to plaintiff cell opening the food slot and inserting a ice cold food tray from officer Jackson via officer Nelson, plaintiff grab the food tray found how cold it was and informed officer Jackson of it and the danger of harmful bacteria from a long term cold tray untemperatured

5- officer Jackson stated their all like that the Hot Box Food Cart is not working it came from Food Service Dept like this.

6- Plaintiff stated food service will replace any food tray in this condition, officer Jackson stated maliciously you need to take that food tray Im not calling food service for you.

7- Plaintiff refused to move his arm outta the food slot while officer Jackson got the food tray went to the food cart and put the food tray in it and called sargent supervisor Tiffany Hadnot for help

8- upon arrival at F-wing sargent Hadnot was told by officer Jackson why plaintiff had the food slot jacked open, sargent T. Hadnot got the cold spoiled contaminated food tray outta the food cart and brought it to plaintiff put it in the food slot and stated eat it or don't its up to you

9- plaintiff stated you feel the food tray is ice cold sargent Hadnot said their all like that the food cart don't work. Plaintiff stated food service will replace this

10. Sargent T. Hadnot stated she would call Food Service to Replace the cold condition Food tray Plaintiff waited and Sargent T. Hadnot did not Return maliciously Forceing Plaintiff to consume Part of the Food tray That caused Plaintiff a Intestinal Infection that was Perscribed meds on 7-23-2015

11. The Food tray was spoiled and contaminated with Fecal-matter of a Human source Plaintiff Became seriously ill Badly with Excessive Painful Bleeding Diahhria Painful cramping difficulty Breatheing Excessive sweating in cold Temputured cell for a long time Trying to keep from Blacking out

12. While Having chest and Heart Pain simular to a Heart Attack and Body chills like having the Flu

13. Plaintiff layed in Bed very ill and later in the day informed officer Nelson He had Gotten Painfully sick on the Food tray officer Jackson and Sargent Hadnot Forced Him to Except, That was spoiled and Had Fecal matter in it

14. All security officers named and Food service Dept managers violated administrative Food service Policy Guideline Procedure under Tex-Admin code Regulation Compliance Statues in Food Temputure Distrobution and Food Temputure Holding at Distrobution to offenders Risking Health Harming Bacteriated Food Trays

15. All three officers Refused to call Food service and Request stated Plaintiff Food tray condition be Replaced

16. Plaintiff Fell knowledge the above facts that The Food cart was not properly adequately working to maintain a safe Bacteria fighting Temputure degree level by administrative Food service Policy regulation All Three security officers had a Duty To Require Replacement of cold Bacteriated contaminated food Trays That Had Been sitting in a cold Food cart over a unsafe Period of Time in The cell Houseing area

17. This unprofessional officer Reckless misconduct Endangerment was malicious and caused Plaintiff a Intestinal infeation meds had to be Perscribed For by unit Doctor Provider July 23 2015

18. Plaintiff continues To suffer a abdomen disease For Fecal matter Contamination Consumed off of stated Food Tray That will cause Present and Future Harm and serious Physical Internal illnesses allready Being Experienced

19. Sargent supervisor Tiffany Hadnot unprofessional vindictive misconduct To Plaintiff was Retaliational Due To Plaintiff Refusal To Except The cold food Tray From officer- Antavia Jackson and Holding open The food slot Till Sargent T. Hadnot arrived at Plaintiff cell door, A admin Policy wrong being done To Plaintiff. Sargent T. Hadnot and officer A. Jackson / officer Nelson Refused To correct Professionally causeing plaintiff serious Physical Painful Harm. From A food Tray That Had Been in another offender Food slot and cell in violation of AdaseG security/And Food service Policies

Case 9:16-cv-00018-MHS-KFG Document 1 Filed 02/01/16 Page 12 of 15 PageID #: 12

20. ...step-1 Grievance investigation Report #2015181417 Code: 500 Through Lieutenant J. Reynolds. All three officers S. Jackson / Rebecca Nelson and Sargent T. Hadnot gave malicious false statements to conceal their officer misconduct against Plaintiff and Intended Physical Internal Harm of a issued cold spoiled Human Fecal matter contaminated Food Tray Through a non working food cart from food service managers Dept.

21. They did so by inform Lieutenant J. Reynolds the Food cart was working properly after telling Plaintiff it was not, that's the reason they gave Plaintiff a cold food tray as a excuse for doing so/to get Plaintiff out of the food slot from holding it open the food tray ended up being harmfully bacteriatedly spoiled and Humanly fecal matter contaminated as step-1 complaint described by Plaintiff.

22. Either officer did not eat or taste any of the cold food tray food items and thus could not make false statements the food tray was not contaminated.

23. Lieutenant failure to properly investigate all officers statements to him also made false grievance report statements that caused Plaintiff serious physical harm in failure to correct a constitutional wrong done to Plaintiff by all (3) security officers and food service managers.

24. Food service managers seriously harmed Plaintiff through allowing a non properly working food cart to contain cold unsafe temperatured food trays to be used at offender cell block houseing area

25). Food service managers and Ad-Seg wing officers had a required ministerial job title function to provide plaintiff with a temperatured safe contamination free food tray for eatable consumption and did not do so instead they used their unprofessional discretionary official misconduct outlawed by administrative policy stimpulated guidelines to cause plaintiff to become painfully ill from a spoiled feced fecal matter tainted contaminated food tray/untemperatured.

26) in direct violation of plaintiff admin right and constitutional rights under the guidelines of the Eighth-Fourteeth amendments of 42 USC section 1983 Clause knowingly

27) All defendant prison employees being professionally trained and educated knew their action against plaintiff were illegal violations of constitutional law that deprived plaintiff of a safe uncontaminated food tray free of personal-painful injury resulting in forced medical intervention for perscribed medication to fight the contamination outta the abdomen tract and Gastro intestinal linning. Risking present/future developing disease laying dormat from human fecal matter ingesting

28) [illegible] mentioned Gross Reckless disregarded Endangerment and invidious deliberate reckless indifference to Plaintiff Civil Rights And Personal Safety From unsafe untemperatured food items That were A Hazzard To consume

29). When All defendant had A Admin Food service ministerial Function To Provide Plaintiff with A safe degreed Temperatured Food Tray That Prevented Harmful Health Risking Bacteria That Posed A dangerous condition Forming on served Food items by Food service Prison Policies And it was not done Accordingly

30). All defendants used their malicious unprofessional misconduct Judgement And Abuse of Authority To use A violation discretionary Function That seriously Posed A dangerous Health Risk Against Plaintiff That caused serious Harm.

31). Plaintiff contend That All defendants knowingly and Intentionally subjected Plaintiff To unsafe food where as All defendants were Aware of these Facts From which An inference could be drawn, That A substantial Risk of Serious harm Existed and in Futherance defendants drawed The inference of The herein mentioned and violated Plaintiff Eighth Fourteenth Amendment constitutional Rights

32). All defendants Refused or Failed To Perform and or manifest Their official duties Professionally in A ministerial manner by Admin/Policies but Are Facilitating condoning and consciously ignoring A Known unconstitutional conduct That has resulted in or Amounted To Gross Reckless disregarded Endangerment under 42 USC 1983 clauses

  C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

  D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning were imposed: _____

Executed on: __1_/_10_/_2016__
    (Date)

            Larry M. Mayfield
            (Printed Name)

            Larry M. Mayfield
            (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __10th__ day of __January__, 20 __16__.
   (Day)     (Month)     (Year)

            Larry M. Mayfield
            (Printed Name)

            Larry M. Mayfield
            (Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.